UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JAMES BRADY, as Chairman,
WILLIAM GRIMM, as Secretary of the
Minnesota Laborers Health and Welfare
Fund and Minnesota Laborers Pension
Fund; JAMES BRADY, as Chairman
and KEITH KRAMER, as Secretary of
the Minnesota Laborers Vacation Fund;
FRED CHASE, as Chairman and JEFF
SEIPEL, as Secretary of the Construction      Civ. No. 04-2986 (RHK/JSM)
Laborers' Education, Training, and            **ORDER**
Apprenticeship Fund of Minnesota and
North Dakota; and SCOTT WEICHT,
as Chairman and JAMES HEGGE, as
Secretary of the Minnesota Laborers
Employers Cooperation and Education
Trust; and each of their successors,

                                              Plaintiffs,
v.

CURTIS LEE HANSON, JR., d/b/a HANSON
CONSTRUCTION,

                                              Defendant.
_____

   This matter was heard before the undersigned on the 18th day of August, 2005.  Amy

L. Court of McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, appeared for

and on behalf of the Plaintiffs.  There was no appearance on behalf of the Defendant.

   On May 13, 2005, Plaintiffs in this case filed a Voluntary Dismissal without

Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  When this filing was made, the Court's

jurisdiction over this matter was terminated.  See Kokkonen v. Guardian Life Ins. Co., 511

U.S. 375, 381 (1994); 4:20 Communications, Inc. v. Paradigm Co., 336 F.3d 775, 778 (8th Cir. 2003); Hayden & Assocs., Inc. v. ATY Bldg. Sys., Inc., 289 F.3d 530, 532 (8th Cir. 2002).  Accordingly, because there is no subject matter jurisdiction, it is **ORDERED** that Plaintiff's Motion for a Default Money Judgment is **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 29, 2005                                                    s/Richard H. Kyle  
                                                                                         RICHARD H. KYLE  
                                                                                         United States District Judge